IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT MELBY,

       Plaintiff,

                                            Case No. 18-cv-177-wmc

       v.

ANDREW M. SAUL,
Commissioner of Social Security,

       Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Andrew M. Saul against plaintiff Scott Melby affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits and supplemental security income for the period from August 1, 2010, to February 21, 2012.


_____s/ A. Wiseman, Deputy Clerk_____          _____7/17/2019_____
   Peter Oppeneer, Clerk of Court                                      Date